IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF | : | |
| ALLENTOWN, | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER

AND NOW, this ___ day of January 2003, it is hereby **ORDERED** and **DECREED**:

1) All Discovery shall be completed by May 7, 2003.

2) Dispositive Motions shall be filed by June 9, 2003.

3) Responses to Dispositive Motions shall be filed by July 7, 2003.

4) A final pretrial conference will be scheduled approximately thirty days prior to trial.

BY THE COURT:

_____

Legrome D. Davis, Judge