## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF | : | |
| ALLENTOWN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this      day of May 2003, upon consideration of Plaintiff James Rose's

Motion to Extend Discovery and Defendants' Answer to said Motion, it is hereby **ORDERED**

and **DECREED** that the Motion is **GRANTED**.  Accordingly, it is further **ORDERED** that the

Scheduling Order issued on January 9, 2003 is amended as follows:

1)    All Discovery shall be completed by July 7, 2003.

2)    Dispositive Motions shall be filed by August 11, 2003.

3)    Responses to Dispositive Motions shall be filed by September 8, 2003.

4)    A final pretrial conference will be scheduled approximately thirty days prior to

trial.

**BY THE COURT:**

Legrome D. Davis, Judge