IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF | : | |
| ALLENTOWN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ____ day of July 2003, upon consideration of Plaintiff James Rose's Motion for Leave to File Amended Complaint and Defendants' Answer to said Motion, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.

BY THE COURT:

Legrome D. Davis