**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JIMI ROSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF | : | |
| ALLENTOWN, | : | |
| | : | |
| Defendants. | : | |

**AMENDED SCHEDULING ORDER**

AND NOW, this      day of August 2003, upon consideration of the parties' Joint

Stipulation to extend scheduling deadlines, it is hereby **ORDERED** and **DECREED**:

1)      The Plaintiff's Amended Complaint shall be filed by August 21, 2003;

2)      The Defendants' Answer shall be filed on September 9, 2003;

3)      All Discovery shall be completed by November 10, 2003;

2)      Dispositive Motions shall be filed by December 10, 2003;

3)      Responses to Dispositive Motions shall be filed by January 12, 2004;

4)      A final pretrial conference will be scheduled approximately thirty days prior to

trial.

**BY THE COURT:**


_____

Legrome D. Davis

2