IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | ) | CIVIL ACTION |
|        Plaintiff | ) | |
| | ) | No.  02-CV-3842 |
| vs. | ) | |
| | ) | |
| CITY OF ALLENTOWN, and | ) | |
| ZONING HEARING BOARD OF THE | ) | JURY TRIAL DEMANDED |
| CITY OF ALLENTOWN, | ) | |
|        Defendants | ) | |

## CERTIFICATE OF SERVICE

I, John J. Keller, Esquire, hereby certify that a true and correct copy of the Amended Complaint were served on 22nd day of August, 2003, by United States Mail, first class, postage prepaid and addressed to:

James T. Huber, Esquire
535 Hamilton Street
Allentown, PA  18101

Jimi Rose, t/a Hollywood Nights     Clerk
 & t/a Goodfellas, pro se                US District Court
2327 Hanover Avenue               504 Hamilton Street, Ste. 1601
Allentown, PA  18103                Allentown, PA  18101

 

_____
JOHN J. KELLER, ESQUIRE
Attorney for Plaintiff
Attorney I.D. #10282
133 North Fifth Street
Allentown, PA  18102
(610) 770-9001