UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMI ROSE, : | |
|     Plaintiff, : | |
| : | |
| vs. : | CASE NO: 02-CV-3842 |
| : | |
| CITY OF ALLENTOWN, and ZONING : | |
| HEARING BOARD OF THE CITY : | |
| OF ALLENTOWN, : | |
|     Defendant. : | |
| : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw my appearance on behalf of the Plaintiff, Jimi Rose.

                                                           _____
                                                            John J. Keller, Esquire
                                                            133 North Fifth Street
                                                           Allentown, PA  18102
                                                           (610) 770-9001
                                                          Atty. I.D. #10282

January 9, 2004