IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF | : | |
| ALLENTOWN, | : | |
| | : | |
| Defendants. | : | |

## SECOND AMENDED SCHEDULING ORDER

AND NOW, this     day of January 2004, upon consideration of Plaintiff's Motion for Extension of Time to File Brief and Respond to Defendants' Motion for Summary Judgment, it is hereby ORDERED and DECREED:

1)   Plaintiff's Motion is GRANTED;

2)   Plaintiff shall respond to Defendant's Summary Judgment Motion on or before February 22, 2004.

BY THE COURT:

Legrome D. Davis