IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF | : | |
| ALLENTOWN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 17th day of June, 2004, it is hereby ORDERED that Defendants' Motion to Limit Consideration of Evidence (Dkt. No. 50) is GRANTED. The Court will only consider evidence submitted prior to February 27, 2004 in deciding Defendants' motion for summary judgment.

BY THE COURT:

_____

Legrome D. Davis, Judge