IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF | : | |
| ALLENTOWN, | : | |
| | : | |
| Defendants. | : | |

<u>ORDER</u>

AND NOW, this 23rd day of August, 2004, it is hereby ORDERED that Defendants' Motion for Summary Judgment (Dkt. No. 33) is DENIED.  It is further ORDERED that Plaintiff's Motion to Dismiss Defendants' Claims as Moot (Dkt. No. 47) is DENIED as moot.

BY THE COURT:

_____

Legrome D. Davis, Judge