IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JIMI ROSE                          :          CIVIL ACTION
                                   :
        v.                         :
                                   :
                                   :
CITY OF ALLENTOWN                  :          NO.  2:02-cv-03842-LDD


O R D E R


        AND NOW, this   1st   day of November, 2004, it is hereby ORDERED that the

parties shall appear at 2:00 p.m. on November 9, 2004, in the chambers of Judge Legrome D.

Davis, Room 5918, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania for a Final

Pretrial Conference.


                                        BY THE COURT


                                        Legrome D. Davis, J