IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIMI ROSE,** | ) | **CIVIL RIGHTS ACTION** |
| Plaintiff | ) | |
| vs. | ) | No. 02-CV-3842 |
| | ) | |
| **CITY OF ALLENTOWN, and** | ) | **JURY TRIAL DEMANDED** |
| **ZONING HEARING BOARD OF** | ) | |
| **THE CITY OF ALLENTOWN,** | ) | |
| Defendants | ) | |

### DEFENDANTS' PROPOSED VERDICT SLIP

                                                                                                     **YES**            **NO**

1. Has the Plaintiff proven by a preponderance of the evidence that he was the owner of Hollywood Nights during the time when the allegations of discrimination arose?  \_\_\_\_    \_\_\_\_\_

   If you have answered "yes" to this question, proceed to Question 2. If you have answered "no" to this question, return to the Courtroom.

2. Has the Plaintiff proven by a preponderance of the evidence that his rights to free speech have been violated?  \_\_\_\_    \_\_\_\_

   Proceed to Question 3.

3. Has the Plaintiff proven by a preponderance of the evidence that he has been treated in a racially discriminatory fashion?  _____      _____

If you have answered "no" to Questions 2, and 3, return to the Courtroom. If you have answered "Yes" to either Question 2 or Question 3, proceed to Question 4.

4. What amount of money, if any, do you find to be reasonable compensation for the damages caused to the Plaintiff by the violation of his rights?                                $ _____

Return to the Courtroom.

**RESPECTFULLY SUBMITTED,**

_____
James T. Huber, Esquire
**HUBER AND WALDRON**
535 Hamilton Mall, Suite 301
Allentown, Pennsylvania 18101
(610) 435-9790
I.D. No. 22089