**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JIMI ROSE, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
|     v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF | : | |
| ALLENTOWN, | : | |
|     Defendants. | : | |

**ORDER**

AND NOW, this   13th   day of December, 2004, upon consideration of Plaintiff's

Motion for Extension of Time (Doc. No. 57) filed December 9, 2004, it is hereby ORDERED as

follows:

1.    The trial in this matter shall commence at **9:00 a.m.** on **Tuesday, February 8, 2005**, and

    shall be held in Courtroom 12A, U.S. Courthouse, 601 Market Street, Philadelphia,

    Pennsylvania.

2.    On or before **Thursday, December 23, 2004**, each party shall file with the Court the

    following in preparation for trial:

    a.    PRETRIAL MEMORANDUM: The pretrial memorandum shall set forth:

        (i)    a brief statement of the nature of the case to be presented and a concise
            statement of the narrow issues to be addressed;

(ii)     a list of all witnesses to appear at trial[1] with a brief statement of the nature and duration of each witness's anticipated testimony (witnesses not listed may not be called in a party's case in chief);

(iii)    a list of all exhibits to be offered at trial (pre-numbered and pre-exchanged among all counsel);

(iv)    an itemized statement of damages and/or other tangible relief sought by any party seeking damages and/or other tangible relief;

(v)     a list of stipulations between the parties, and a list of disputed and undisputed facts (counsel shall make a conscientious effort to narrow the factual areas of dispute);

(vi)    an estimation as to the time for presentation of each party's case; and

(vii)   all other disclosures required by Fed. R. Civ. P. 26(a)(3).

b.    POINTS FOR CHARGE: After meeting and conferring: (i) in a case to be tried before a jury, the parties shall jointly submit proposed points for charge upon which the parties have agreed, and shall individually submit any disputed points for charge accompanied by a reference to the single best authority supporting the disputed point; or (ii) in a bench trial, the parties shall jointly submit proposed findings of fact and conclusions of law upon which the parties have agreed, and the parties shall individually submit any disputed findings and conclusions accompanied by a reference to the single best authority supporting any disputed legal conclusions.[2]

c.    JURY VOIR DIRE AND VERDICT SHEET: In a case to be tried before a jury, after meeting and conferring: (i) the parties shall jointly submit proposed jury voir

---

[1] In the event that any witness will be in custody at the time of trial, the party seeking to call such witness shall provide the Court with such witness's current place of confinement and institutional number, and such party shall be responsible for preparing and submitting a writ to secure the presence of such witness on the trial date.

[2] The parties may file supplemental proposed jury instructions, or supplemental proposed findings and conclusions, after all the evidence has been presented at trial.

dire questions upon which the parties have agreed, and each party shall

individually submit proposed jury voir dire questions upon which the parties

cannot agree; and (ii) the parties shall jointly submit a proposed jury verdict sheet

if the parties have agreed upon one, or the parties shall individually submit

proposed jury verdict sheets if one has not been agreed upon.

3.    <u>MOTIONS</u>:  Pretrial motions shall be filed with the Court on or before **Monday,**

**January 3, 2005**, regarding all significant evidentiary or other issues anticipated to arise

during trial (including issues pertaining to the admissibility of particular witness

testimony or particular exhibits), and setting forth pertinent legal authority (including case

law, statutory law, procedural rules, evidentiary rules, etc.).  Responses to any such

pretrial motions shall be filed on or before **Tuesday, January 18, 2005.**

BY THE COURT:

<u>S/LEGROME D. DAVIS</u>
Legrome D. Davis, J.