IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIMI ROSE,** | ) | CIVIL RIGHTS ACTION |
|     **Plaintiff** | ) | |
| vs. | ) | No. 02-CV-3842 |
| | ) | |
| **CITY OF ALLENTOWN, and** | ) | JURY TRIAL DEMANDED |
| **ZONING HEARING BOARD OF** | ) | |
| **THE CITY OF ALLENTOWN,** | ) | |
|     **Defendants** | ) | |

### CERTIFICATE OF SERVICE

I, James T. Huber, Esquire, hereby certify that I have mailed, by first-class, regular mail, a true and correct copy of Defendant's Motion in Limine and Memorandum of Law In Support of Motion in Limine, upon:

> Jimi Rose
> 911 Barnsdale Road
> Allentown, Pennsylvania 18103

                                                                  _____
                                                                  James T. Huber, Esquire

Dated: _____