**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JIMI ROSE,                                          :
          Plaintiff,                        :          CIVIL ACTION
                                 :
          v.                                   :
                                 :
CITY OF ALLENTOWN, and                              :          NO. 02-CV-3842
ZONING BOARD OF THE CITY OF                         :
ALLENTOWN,                                          :
          Defendants.                       :

**ORDER**

AND NOW, this   27th   day of January, 2005, upon consideration of Plaintiff's

Motion for Continuance (Doc. No. 65) filed January 14, 2005, and Defendant's Response thereto

(Doc. No. 66) filed January 18, 2005, it is hereby ORDERED Plaintiff's Motion is GRANTED.

It is further ORDERED that the parties will be placed in the trial pool on

February, 14, 2005, and from said date should be prepared to go to trial on twenty-four (24)

hours of notice.  The Court will endeavor to provide the parties with as much notice as possible.

BY THE COURT:


       /s/
      Legrome D. Davis, J.