IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE | : | CIVIL ACTION |
|    Plaintiff | : | |
|       v. | : | |
| | : | |
| CITY OF ALLENTOWN, ET AL. | : | |
|    Defendant | : | NO. 2:02-CV-03842-LDD |

O R D E R

AND NOW, this 17th day of February, 2005, is hereby ORDERED as follows:

The trial in this matter shall commence at 9:30 a.m. on Tuesday, March 29, 2005, and shall be held in Courtroom 6A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/
LEGROME D. DAVIS, J