IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF ALLENTOWN, | : | |
|     Defendants. | : | |

## **ORDER**

AND NOW, this 14th day of March, 2005, upon consideration of Plaintiff's Motion for Appointment of Standby Counsel, it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

/s/
Legrome D. Davis, J.