IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | ) | CIVIL RIGHTS ACTION |
| Plaintiff | ) | |
| vs. | ) | No. 02-CV-3842 |
| | ) | |
| CITY OF ALLENTOWN, and | ) | JURY TRIAL DEMANDED |
| ZONING HEARING BOARD OF | ) | |
| THE CITY OF ALLENTOWN, | ) | |
| Defendants | ) | |

### CERTIFICATE OF SERVICE

I, James T. Huber, Esquire, hereby certify that I have mailed, by first-class regular mail, a true and correct copy of Defendants' Motion to Quash Subpoenas, Memorandum of Law in Support of said Motion, and proposed Order, upon:

> Jimi Rose
> 911 Barnsdale Road
> Allentown, Pennsylvania 18103

_____
James T. Huber, Esquire

Dated: _____