IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF | : | |
| ALLENTOWN, | : | |
| | : | |
| Defendants. | : | |

ORDER

AND NOW, this  22nd  day of March, 2005, upon consideration of Plaintiff's Motion for Decision by the Court of Constitutional Issues (Doc. No. 76), it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

  /s/
Legrome D. Davis,  J.