IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF | : | |
| ALLENTOWN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 23rd day of March, 2005, it is hereby ORDERED that Defendants' Motion to Quash Subpoenas (Doc. No. 78), filed March 21, 2005, is GRANTED. Plaintiff's subpoenas are an attempt to present witnesses not specifically identified by name in Plaintiff's Pretrial Memorandum, as required by the Court and in violation of the Court's Order of February 1, 2005, as well as an attempted end-run around the discovery deadlines set by the Court.

BY THE COURT:

\_\_/s/_____
Legrome D. Davis, J.