IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jimi Rose

                              02-3842
                            District Court Docket Number

    vs.

City of Allentown and Zoning Hearing Board of the City of Allentown

Notice of Appeal Filed <u>4/29/05</u>
Court Reporter(s)/ESR Operator(s)   <u>ESR</u>


Filing Fee:
    Notice of Appeal  <u>X</u> Paid  ____ Not Paid    ____ Seaman
    Docket Fee        <u>X</u> Paid  ____ Not Paid    ____ USA/VI

CJA Appointment (Attach Copy of Order)

____ Private Attorney
____ Defender Association or Federal Public Defender
____ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

____ Motion Granted
____ Motion Denied
____ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

____ Granted
____ Denied
____ Pending

C: Appeals Clerk
   USCA
   Hon. Legrome D. Davis

                           Defendant's Address (for criminal appeals)

_____
_____
_____

                            Prepared by :_____
                                           Deputy Clerk Signature/Date

    PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
      THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm