IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
|     v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | NO. 02-CV-3842 |
| ZONING BOARD OF THE CITY OF | : | |
| ALLENTOWN, | : | : |
|     Defendants. | : | |

### ORDER

AND NOW, this 4th day of October, 2005, upon consideration of Plaintiff's Motion for Reconsideration (Doc. No. 95), filed on May 20, 2005, it is hereby ORDERED that Plaintiff's Motion is DENIED.

Plaintiff seeks reconsideration of the March 22, 2005 order denying Plaintiff's Motion for Decision by the Court on Constitutional Issues. Motions for Reconsideration are governed by Rule 59(e) of the Federal Rules of Civil Procedure and Local Rule 7.1(g). Both rules provide that motions for reconsideration must be filed within ten days after the order concerned. As Plaintiff's Motion for Reconsideration was filed nearly two months after the relevant order, Plaintiff's motion is DENIED.

BY THE COURT:

\_\_\_\_/s/_____
Legrome D. Davis,  J.