IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, and | : | |
| ZONING BOARD OF THE CITY OF | : | NO. 2:02-CV-03842 |
| ALLENTOWN | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 31st day of October 2005, it is hereby ORDERED that in accordance with Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of Defendants City of Allentown and Zoning Board of the City of Allentown, and against Plaintiff, Jimi Rose.

It is further ORDERED that the Clerk of Court statistically close this matter.


BY THE COURT:

/s/

Legrome D. Davis, J.